**SAO**
GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: clee@garggolden.com

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LARITA-AREOLA, JYRO REMANES, ANTHONY BUMCROT, JONATHAN CRUZ, MIRA MUNIZ, EDUARDO REYES, DANIAL BRIDGES, STEPHANIE MARSHALL, JASON COX, MATTHEW CARABALLO, ANDREW JONES, DEVIN MARTY, MERSADIES GRAVES, AMY MORENO, ANTONIO ROBERTO RIOS, JASE RIOS, ALAN MILES, RICKY WOLFINBARGER, CAMERON KEANE, DEREK HALLBERG, CARLOS FRANCISCO MARTINEZ, DIMITRIUS OLLARVIA, JOSHUA RIOS, JASMINE JONES, JESSE ROMERO, NICK RINALDO, ANGELICA CANELA, MICHAEL RODRIGUEZ, ALEXANDER BROWN, BAILEY KEIBLER, BRANDON CALDERONE, DYLAN DUGGINS, DULAL WOODS, JULIO ANCHONDO, SONYA GUERRERO, RIDGE JACOB, KAZU VILLIATORA, KIMBERLY BATIE, KYLE CHRISTOPHER, STEVEN ERVIN, NICHOLAS LEMOINE, DEVEN MYERS and DEBORAH WALKER, <br><br> Plaintiffs, <br><br> vs. <br><br> VEGAS VALLEY GROWERS, LLC, a Nevada Limited Liability Company; JCL GROUP, LLC, a Nevada Limited Liability Company and JCL GROUP, LLP, a Nevada Limited Liability Partnership, <br><br> Defendants. | CASE NO.: 2:20-cv-02106-BMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY** <br><br> **(First Request)** |

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 5

Plaintiffs DAVID LARITA, et al ("Plaintiffs") and Defendant VEGAS VALLEY GROWERS, LLC ("Defendant"), by and through their counsel of record hereby STIPULATE AND AGREE that the current discovery cutoff date of August 25, 2021, be continued for a period of ninety (90) days up to and including November 23, 2021. This is the first extension to the discovery period that has been requested in this matter.

This request has been necessitated by the difficulties faced with the multitude and cumbersome amount of paper documents to review, this litigation being conducted during the COVID pandemic (which added to the time necessary to review said paper documents), and scheduling conflicts that prevent completion of discovery as scheduled. Specifically, Defendant's counsel was preparing for two trials, one that was to be litigated in United States District Court, District of Nevada scheduled to begin July 12, 2021, and the second trial set to begin Trial in Eighth Judicial District Court, Clark County, Nevada beginning on August 23, 2021.

**1. DISCOVERY COMPLETED TO DATE**:

Plaintiffs and Defendant each made their initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A). Plaintiffs propounded written discovery on Defendant. Defendant's extensive amount of paperwork and employment records are being reviewed in order to respond to the Plaintiffs' Request for Production of Documents.

**2. DISCOVERY YET TO BE COMPLETED**

Defendant intends to serve written discovery requests upon Plaintiffs as well as depose multiple Plaintiffs to be determined prior to the close of discovery. Plaintiff also would like to depose individuals determined once further discovery has been completed by the parties.

**3. REASONS WHY REMAINING DISCOVERY HAS NOT YET BEEN COMPLETED:**

Discovery has not been completed due to the reasons stated above as well as the limited shutdown of operations due to the COVID-19 coronavirus, which has affected law firms, governmental agencies, and the courts, has slowed down the discovery process in this case. Work

has proceeded on this case throughout the shutdown period, but it has proceeded more slowly than it would have during ordinary times.

**4. REVISED DISCOVERY PLAN:**

1. <u>Discovery Cut-Off Date</u>: **November 23, 2021.**

2. <u>Dispositive Motions</u>: The date for filing dispositive motions shall be not later than **January 7, 2022**. This date is 45 days after the new discovery cut-off date.

3. In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulation and Order to Extend Discovery, the date for filing dispositive motions shall be extended for the same duration, to be not later than 45 days from the subsequent discovery cut-off date.

4. <u>Pretrial Order</u>: The date for filing the joint pretrial order shall be not later than **January 28, 2022**, 21 days after the date set for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 21 days after decision on the dispositive motions or until further order of the court.

5. <u>Additional Extensions of the Discovery Period</u>: The last day for the parties to file their Motion and/or Stipulation to Extend Discovery shall be **November 2, 2021**, 21 days prior to the revised discovery cut-off.

6. Any discovery deadline not extended in accordance with the Revised Discovery Plan set forth above shall remain controlled by the Stipulated Discovery Plan and Scheduling Order (ECF No. 10), as approved by the Court on April 14, 2021.

DATED this 6th day of July 2021     DATED this 6th day of July 2021.

LAW OFFICES OF MICHAEL P. BALABAN     GARG GOLDEN LAW FIRM

By /s/*Michael P. Balaban*
MICHAEL P. BALABAN, ESQ.
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, Nevada 89141
(702) 586-2964
*Counsel for Plaintiffs*

By/s/ *Charles J. Lee*
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
(702) 850-0202
*Counsel for Defendant*

**ORDER**

FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED this __6th__ day of July 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

GARG GOLDEN LAW FIRM

By /s/ *Charles J. Lee*
    Anthony B. Golden, Esq.
    Nevada Bar No. 9563
    Charles J. Lee, Esq.
    Nevada Bar No. 13523
    3145 St. Rose Parkway, Suite 230
    Henderson, Nevada 89052
    (702) 850-0202
    *Counsel for Defendant*

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202