GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN
Nevada Bar No. 9563
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: notices@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LARITA-AREOLA, JYRO REMANES, ANTHONY BUMCROT, JONATHAN CRUZ, MIRA MUNIZ, EDUARDO REYES, DANIAL BRIDGES, STEPHANIE MARSHALL, JASON COX, MATTHEW CARABALLO, ANDREW JONES, DEVIN MARTY, MERSADIES GRAVES, AMY MORENO, ANTONIO ROBERTO RIOS, JASE RIOS, ALAN MILES, RICKY WOLFINBARGER, CAMERON KEANE, DEREK HALLBERG, CARLOS FRANCISCO MARTINEZ, DIMITRIUS OLLARVIA, JOSHUA RIOS, JASMINE JONES, JESSE ROMERO, NICK RINALDO, ANGELICA CANELA, MICHAEL RODRIGUEZ, ALEXANDER BROWN, BAILEY KEIBLER, BRANDON CALDERONE, DYLAN DUGGINS, DULAL WOODS, JULIO ANCHONDO, SONYA GUERRERO, RIDGE JACOB, KAZU VILLIATORA, KIMBERLY BATIE, KYLE CHRISTOPHER, STEVEN ERVIN, NICHOLAS LEMOINE, DEVEN MYERS and DEBORAH WALKER, | CASE NO.: 2:20-cv-02106-CDS-EJY <br><br> **JOINT STATUS REPORT AND STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL** <br><br> **(FIRST REQUEST)** |
| Plaintiffs | |
| vs. | |
| VEGAS VALLEY GROWERS, LLC, a Nevada Limited Liability Company; JCL GROUP, LLC, a Nevada Limited Liability Company and JCL GROUP, LLP, a Nevada Limited Liability Partnership, | |
| Defendants | |

Plaintiffs DAVID LARITA, et al. ("Plaintiffs"), by and through their counsel of record, Law Offices of Michael P. Balaban, and Defendant VEGAS VALLEY GROWERS, LLC, et al.

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 3

("Defendants"), by and through their counsel of record, Garg Golden Law Firm (collectively the "Parties"), file this Joint Status Report, and Stipulation to Extend Deadline to File Stipulation and Order for Dismissal (First Request) as follows:

1.      On November 7, 2022, the Parties filed a Notice of Settlement at ECF No. 24;

2.      This Court issued a Minute Order on November 21, 2022 [ECF No. 25] setting the deadline to finalize settlement documents for January 27, 2023;

3.      On January 20, 2023, Defendants' settlement funds were received by counsel for Plaintiffs;

4.      The Parties have been working diligently to finalize settlement of this matter; however, given the sheer number of Plaintiffs, gathering signatures in the original allocated timeframe has proven to be a difficult task;

5.      Although the Settlement Agreement has been executed by Plaintiffs, and settlement checks have been received by counsel for Plaintiffs, there are unresolved issues remaining surrounding the timeliness of receipt of certain Plaintiffs' signatures on the Settlement Agreement; therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 3

6.     The Parties respectfully request additional time to resolve those remaining issues, and up to and until March 1, 2023, to file a Stipulation and Order for Dismissal of this matter;

7.     IT IS SO STIPULATED.

Dated this 30th day of January 2023.          Dated this 30th day of January 2023.

LAW OFFICES OF MICHAEL P.               GARG GOLDEN LAW FIRM
BALABAN


 /s/ *Michael P. Balaban*                          /s/ *Anthony B. Golden*
MICHAEL P. BALABAN                         ANTHONY B. GOLDEN
Nevada Bar No. 9370                             Nevada Bar No. 9563
10726 Del Rudini Street                          3145 St. Rose Parkway, Suite 230
Las Vegas, Nevada 89141                       Henderson, Nevada 89052

Counsel for Plaintiffs                               Counsel for Defendants


## ORDER

FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2023

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202