GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN
Nevada Bar No. 9563
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LARITA-AREOLA, JYRO REMANES, ANTHONY BUMCROT, JONATHAN CRUZ, MIRA MUNIZ, EDUARDO REYES, DANIAL BRIDGES, STEPHANIE MARSHALL, JASON COX, MATTHEW CARABALLO, ANDREW JONES, DEVIN MARTY, MERSADIES GRAVES, AMY MORENO, ANTONIO ROBERTO RIOS, JASE RIOS, ALAN MILES, RICKY WOLFINBARGER, CAMERON KEANE, DEREK HALLBERG, CARLOS FRANCISCO MARTINEZ, DIMITRIUS OLLARVIA, JOSHUA RIOS, JASMINE JONES, JESSE ROMERO, NICK RINALDO, ANGELICA CANELA, MICHAEL RODRIGUEZ, ALEXANDER BROWN, BAILEY KEIBLER, BRANDON CALDERONE, DYLAN DUGGINS, DULAL WOODS, JULIO ANCHONDO, SONYA GUERRERO, RIDGE JACOB, KAZU VILLIATORA, KIMBERLY BATIE, KYLE CHRISTOPHER, STEVEN ERVIN, NICHOLAS LEMOINE, DEVEN MYERS and DEBORAH WALKER,<br><br>Plaintiffs<br>vs.<br><br>VEGAS VALLEY GROWERS, LLC, a Nevada Limited Liability Company; JCL GROUP, LLC, a Nevada Limited Liability Company and JCL GROUP, LLP, a Nevada Limited Liability Partnership,<br><br>Defendants | CASE NO.: 2:20-cv-02106-~~GMN~~-EJY<br>CDS<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

All plaintiffs in this action, by and through their counsel of record, Law Offices of Michael P. Balaban, and all defendants, by and through their counsel of record, Garg Golden Law Firm, stipulate and agree that pursuant to a settlement agreement between the parties, all claims in the above-entitled action shall be dismissed with prejudice, with each party to bear their own attorney fees and costs. The Clerk of Court may close this case.

Dated this 15th day of March 2023.                   Dated this 15th day of March 2023.

LAW OFFICES OF MICHAEL P.                           GARG GOLDEN LAW FIRM
BALABAN

/s/ Michael P. Balaban                                             /s/ Anthony B. Golden
MICHAEL P. BALABAN                                        ANTHONY B. GOLDEN
Nevada Bar No. 9370                                             Nevada Bar No. 9563
10726 Del Rudini Street                                         3145 St. Rose Parkway, Suite 230
Las Vegas, Nevada 89141                                     Henderson, Nevada 89052
Tel: (702) 586-2964                                                Tel: (702) 850-0202

Counsel for Plaintiffs                                              Counsel for Defendants

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 15, 2023